# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00118-CV

In re Crystal Dawn Glasser

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on April 14, 2025, is denied. Relator's Motion for Temporary Relief, filed April 21, 2025, is denied.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 24, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
Motion denied
OT06

